MINUTE ENTRY
MILAZZO, J.
DECEMBER 12, 2024

JS-10: 01:04

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: All Cases on the attached Lists | | |

### MINUTE ENTRY – SHOW CAUSE HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Nichelle Wheeler
LAW CLERK:           Stephanie Wartelle

On December 12, 2024, the Court held a Show Cause Hearing. Certain participants appeared in person: Palmer Lambert, for Plaintiffs; and Douglas Moore, Adrienne L. Byard, and Kelly E. Brilleaux, for Defendants. Other participants appeared by video and by telephone.[1]

---

[1] At the Hearing, counsel for Plaintiffs and the PSC stated their objections on the record as to the dismissal of cases involving deceased Plaintiffs, including those cases in which the proper party was subsequently substituted as Plaintiff. Counsel cited concerns with Federal Rule of Civil Procedure 25 and the application of this Court's *Lone Pine* Order (CMO 40/40A) as to deceased Plaintiffs. The Court clarifies for the record that any dismissals of cases which (1) are listed as non-compliant with CMO 40A and (2) involve currently named Plaintiffs who are deceased shall be without prejudice, for the reasons stated on the record. The Court further clarifies that, as to cases in which a party was substituted for the deceased Plaintiff, those cases shall be dismissed with prejudice.

**IT IS ORDERED** that the cases listed in the Declaration of No Contact[2] and Notice Suggesting Dismissal List[3] (Attachment 1), which involve deceased Plaintiffs, are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the cases listed in the Declaration of No Contact List (Attachment 2) are **DISMISSED WITH PREJUDICE.**[4]

Plaintiff Glendon Tullis (case no. 2:20-cv-00308) filed a Statement of No Defense to Dismissal (Rec. Doc. 17674). **IT IS FURTHER ORDERED** that Plaintiff Tullis's case is **DISMISSED WITH PREJUDICE.**[5]

**IT IS FURTHER ORDERED** that the cases listed in Attachment 3, which were listed in Defendants' CMO 40A Past Due List and which involve a named Plaintiff who is deceased, are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the cases listed in Attachment 4, which were listed in Defendants' CMO 40A Past Due List, are **DISMISSED WITH PREJUDICE.**

Plaintiff, Debra Walker (case no. 2:17-cv-13972) appeared by telephone. Her address was given to the Court as 828 Mayfield Drive, Cedar Hill, Texas 75104, with an email of: lwalker1212@yahoo.com.

---

[2] As to Declarations of No Contact, for all cases in which the named Plaintiff is deceased, dismissals shall be without prejudice for the reasons stated on the record. As to cases in which substitutions were granted, the relevant Declarations identify only the original, deceased Plaintiff as "client." For this reason, the reasons stated on the record, and consistent with this Court's prior dismissals at the October 25, 2024 Show Cause Hearing (Rec. Doc. 17459), these dismissals will also be without prejudice.

[3] Each Notice suggests dismissal and notifies the Court that Plaintiff is deceased. These dismissals are without prejudice for the reasons stated on the record.

[4] As indicated by the list provided by Defendants, these cases do not involve plaintiffs who are deceased.

[5] The Court clarifies for the record that dismissal is with prejudice in light of the substitution of Glendon Tullis as Plaintiff on December 5, 2023.

2

**IT IS ORDERED** that counsel for Sanofi send to Ms. Walker a copy of the Willingness to Proceed and Plaintiff Fact Sheet no later than **Monday, December 16, 2024**, by Federal Express, to Ms. Walker. Ms. Walker is to complete the Certificate of Willingness to Proceed and update her Plaintiff Fact Sheet and return these forms, by Federal Express, no later than **Monday, December 23, 2024**. In addition, Ms. Walker shall submit the Expert Medical Declaration Confirming Permanent Alopecia on Physical Examination and, if Medically Necessary, Scalp Biopsy (*see* CMO 40, CMO40A) no later than **December 23, 2024.** Plaintiff's Liaison Counsel, Mr. Lambert, will email the link for MDL Centrality to Ms. Walker for her to upload, if possible.

**IT IS FURTHER ORDERED** that Plaintiff Janice Owens,[6] case no. 2:17-cv-08787, shall have until **January 27, 2025,** to comply with CMO 40/40A or, alternatively, to notify the Court that Plaintiff cannot comply with CMO 40/40A.

**IT IS FURTHER ORDERED** that Plaintiff Debrah Wilson, case no. 2:17-cv-17498, shall be rolled over until Plaintiff has had the opportunity to meet with a dermatologist.[7]

**IT IS FURTHER ORDERED** that the following cases shall be rolled over to the next Show Cause Hearing:

- Plaintiff Carol Walker, case no. 2:16-17495;
- Plaintiff Sheila Mincey,[8] case no. 2:17-cv-12091;

---

[6] Plaintiff Janice Owens was substituted as Plaintiff on December 7, 2024 (Rec. Doc. 11602).
[7] Counsel for Plaintiff Wilson informed the Court that Plaintiff Wilson's appointment is scheduled for March 2025.
[8] Plaintiff Sheila Mincey was substituted as Plaintiff on November 14, 2019 (Rec. Doc. 8576).

3

- Plaintiff Alicia White, case no. 2:17-cv-14956;

- Plaintiff Linda Dobson, case no. 2:17-cv-06844;

- Plaintiff Brenda Brewer, case no. 2:17-cv-06861;

- Plaintiff Vivian Butterworth, case no. 2:18-cv-08874;

- Plaintiff Nancy Landry,[9] case no. 2:17-cv-01211;

- Plaintiff Janice Owens,[10] case no. 2:17-cv-08787;

- Plaintiff Melanie Jones, case no. 2:17-cv-12539

A date will be set sometime in February 2025 for the next Show Cause Hearing.



---

[9] Plaintiff Nancy Landry's case did not appear on the list provided to the Court and was added as a "rollover" orally.

[10] Plaintiff Janice Owens was substituted as Plaintiff on December 7, 2024 (Rec. Doc. 11602).

# ATTACHMENT 1

| MDL ID # | Name | Docket | Counsel | Submission or Status |
|---|---|---|---|---|
| 6372 | Young, Joyce | 2:17-cv-13822 | Cutter Law, P.C. | Declaration of No Contact |
| 6920 | Fields, Janice | 2:17-cv-15279 | Cutter Law, P.C. | Declaration of No Contact |
| 12845 | Bittle, Jeannie | 2:18-cv-10536 | Cutter Law, P.C. | Declaration of No Contact |
| 7998 | Carter, Sybil | 2:18-cv-00538 | Davis & Crump Attorneys | Notice of Former Counsel re Suggestion to Dismiss |
| 9993 | Dunlap, Faye | 2:18-cv-06380 | Davis & Crump P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 7942 | Gregory, Rochelle | 2:17-cv-15198 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 1919 | Lemarr, Sandra | 2:17-cv-03739 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 11141 | Sinclair, Deloise | 2:18-cv-06268 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 7419 | Sirmans, Deborah | 2:17-cv-14037 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss (17665) |
| 7504 | Walker, Chrystal | 2:17-cv-16516 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 15138 | Lucking, Clara | 2:20-cv-00723 | FrancoLaw, PLLC | Notice of Former Counsel re Suggestion to Dismiss |
| 8211 | Tripp, Violet | 2:17-cv-12223 | Jackson Allen & Williams LLP | Notice of Former Counsel re Suggestion to Dismiss |
| 8250 | Starrett, Luciena | 2:17-cv-14093 | Jackson Allen & Williams, LLP | Declaration of No Contact |

Case 2:17-cv-02704-JTM-MBN Document 17699 Filed 03/12/24 Page 6 of 19

| | | | | |
|---|---|---|---|---|
| 8048 | Stricklin, Janet | 2:17-cv-12119 | Jackson Allen & Williams, LLP | Notice of Former Counsel re Suggestion to Dismiss |
| 8228 | Wynn, Shirley | 2:17-cv-12509 | Jackson Allen & Williams, LLP | Notice of Former Counsel re Suggestion to Dismiss |
| 1178 | Sistrunk, Joan | 2:16-cv-17121 | Jackson Allen Williams, LLP | Notice of Former Counsel re Suggestion to Dismiss |
| 3764 | Cox, Margaret | 2:17-cv-09993 | Johnson Law Group | Declaration of No Contact |
| 10235 | Barnett, Pearlene | 2:18-cv-07195 | Johnson Law Group | Declaration of No Contact |
| 11476 | Leon (Filicicchia), Maria (Angelica) | 2:18-cv-10138 | Johnson Law Group | Declaration of No Contact |
| 11981 | Derry, Nancy (Matthew) | 2:18-cv-11322 | Johnson Law Group | Declaration of No Contact |
| 5095 | Billings, Saundra | 2:17-cv-12467 | Maher Law Firm | Declaration of No Contact |
| 5324 | Quintana, Roberta | 2:17-cv-12990 | Maher Law Firm | Declaration of No Contact |
| 3529 | Huggins, Wynette | 2:17-cv-12405 | Maher Law Firm | Notice of Former Counsel re Suggestion to Dismiss |
| 2116 | Madril (Bailey), Enedina (James) | 2:17-cv-07234 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 2406 | Jemmott (Gray), Sharon (Crystal) | 2:17-cv-06624 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 3391 | Smith, Lucille (Jerry) | 2:17-cv-08984 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 3593 | Tolman, Dionie | 2:17-cv-09489 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 3750 | Gordeev, Denise | 2:17-cv-09879 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 4832 | Pierce, Joyce | 2:17-cv-12068 | McGartland Law Firm, PLLC | Declaration of No Contact |
| 1012 | Christal, Sandra | 2:16-cv-16739 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 1086 | Hoskins, Tempy | 2:16-cv-17852 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re |

|  |  |  |  | Suggestion to Dismiss |
| --- | --- | --- | --- | --- |
| 1113 | Terry, Toneka | 2:17-cv-01637 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 1114 | McClure-Becknell, Rebecca | 2:17-cv-01655 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 1115 | Gibson, Betty | 2:17-cv-00801 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 1704 | Welty, Stacey | 2:17-cv-06974 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 1738 | McFarland, Karen | 2:17-cv-06231 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 2366 | Freeman, Rachael | 2:17-cv-08804 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 2782 | Jones, Josephine (Wanda) | 2:18-cv-00279 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 2011 | Gray, Kay | 2:17-cv-05808 | Pittman, Dutton & Hellums, P.C. | Declaration of No Contact |
| 7136 | Kruchten, Jeannie | 2:17-cv-13672 | Pittman, Dutton & Hellums, P.C. | Declaration of No Contact |
| 5558 | Hickerson, Roxanne | 2:17-cv-15441 | Smith Stag | Declaration of No Contact |
| 1358 | Blumlo, Lynda | 2:16-cv-17972 | Smith Stag | Declaration of No Contact |
| 6695 | Bell, Gwen | 2:17-cv-15713 | The Maher Law Firm | Declaration of No Contact |
| 6706 | Bowman, Marilyn | 2:17-cv-15836 | The Maher Law Firm | Notice of Former Counsel re Suggestion to Dismiss |
| 12193 | Glynn, Sharon | 2:18-cv-12830 | The Maher Law Firm | Notice of Former Counsel re |

3

|  |  |  |  | Suggestion to Dismiss |
|---|---|---|---|---|
| 5089 | Johnson, Cathy | 2:17-cv-15888 | The Mulligan Law Firm | Declaration of No Contact |
| 13026 | Owens Ilako, Yolanda | 2:18-cv-11297 | Davis & Crump, P.C. | Notice of Former Counsel re Suggestion to Dismiss |
| 1933 | Gomez, Sharloett | 2:17-cv-06915 | Pendley, Baudin & Coffin, L.L.P. | Notice of Former Counsel re Suggestion to Dismiss |
| 5322 | McElroy, Annette | 2:17-cv-12982 | The Maher Law Firm | Notice of Former Counsel re Suggestion to Dismiss |
| 13462 | Peak, Geraldine Mary | 19-cv-11230 | JUSTINIAN & ASSOCIATES PLLC | Declaration of No Contact |

4

# ATTACHMENT 2

| MDL ID # | Name | Docket | Counsel | Submission or Status | MDL ID # |
|---|---|---|---|---|---|
| 15596 | Guerra-Peters, Marivel | 2:18-cv-08590 | Cutter Law, P.C. | Declaration of No Contact | 15596 |
| 13011 | Parker, Suzanne | 2:18-cv-11276 | Davis & Crump | Declaration of No Contact | 13011 |
| 3756 | Christensen, Karin | 2:17-cv-09975 | Johnson Law Group | Declaration of No Contact | 3756 |
| 1234 | Hunter, Barbara | 2:16-cv-17918 | Maher Law Firm | Declaration of No Contact | 1234 |
| 13712 | Payne, Paula | 2:19-cv-11407 | Saunders & Walker. P.A. | Declaration of No Contact | 13712 |

# ATTACHMENT 3

| MDL ID # | Name | Docket | Counsel |
|---|---|---|---|
| 2930 | Jones, Debby | 2:17-cv-05804 | Allan Berger and Associates |
| 6781 | Yearwood Pierce, Stephanie | 2:17-cv-16060 | Andrews & Thornton |
| 1402 | Bloxton, Shelia | 2:16-cv-17037 | Bachus & Schanker, LLC |
| 1590 | Bemiss, Yvonne | 2:16-cv-06425 | Bachus & Schanker, LLC |
| 1768 | Roe, Brenda | 2:16-cv-17943 | Bachus & Schanker, LLC |
| 1851 | Cherem, Miriam | 2:17-cv-00119 | Bachus & Schanker, LLC |
| 2139 | Bennett, Teresa | 2:16-cv-17500 | Bachus & Schanker, LLC |
| 2147 | Moore, Denise | 2:17-cv-07973 | Bachus & Schanker, LLC |
| 2309 | Schmidt, Diane | 2:17-cv-02925 | Bachus & Schanker, LLC |
| 2945 | Tatum, Diane | 2:17-cv-11456 | Bachus & Schanker, LLC |
| 2977 | Hupp, Irene | 2:17-cv-07650 | Bachus & Schanker, LLC |
| 2983 | Sowell, Carolyn | 2:17-cv-07840 | Bachus & Schanker, LLC |
| 3510 | Day, Carol | 2:17-cv-08331 | Bachus & Schanker, LLC |
| 3520 | Battisti, Linda | 2:17-cv-09931 | Bachus & Schanker, LLC |
| 4610 | Ferguson, Ronda | 2:17-cv-11442 | Bachus & Schanker, LLC |
| 5796 | Thompson, Lillie | 2:17-cv-10328 | Bachus & Schanker, LLC |
| 6016 | Harper, Janice | 2:17-cv-16043 | Bachus & Schanker, LLC |
| 6047 | Deyoung, Cynthia | 2:17-cv-16216 | Bachus & Schanker, LLC |
| 6070 | Richey, Kristy | 2:17-cv-16399 | Bachus & Schanker, LLC |
| 6137 | Gray, Carol | 2:17-cv-17036 | Bachus & Schanker, LLC |
| 6205 | Mercado, Varnaca | 2:17-cv-17708 | Bachus & Schanker, LLC |
| 7662 | Gray, Deborah | 2:18-cv-01762 | Bachus & Schanker, LLC |
| 7796 | Seymore, Imogene | 2:18-cv-02674 | Bachus & Schanker, LLC |
| 9436 | Smith, Florence | 2:18-cv-12255 | Bachus & Schanker, LLC |
| 9999 | Hemmens, Amy | 2:17-cv-10537 | Bachus & Schanker, LLC |
| 11366 | Jones, Cliffi | 2:18-cv-07056 | Bachus & Schanker, LLC |
| 11807 | Kernes, Ruth | 2:18-cv-12475 | Bachus & Schanker, LLC |
| 11812 | Kulage, Patricia | 2:18-cv-12492 | Bachus & Schanker, LLC |
| 12109 | Jasper, Deborah | 2:18-cv-08766 | Bachus & Schanker, LLC |
| 12919 | Stroud, Barbara | 2:19-cv-02747 | Bachus & Schanker, LLC |
| 12958 | Mack, Martha | 2:19-cv-02696 | Bachus & Schanker, LLC |
| 13361 | Williams, Debra | 2:18-cv-12665 | Bachus & Schanker, LLC |
| 13820 | Roush, Cindy | 2:19-cv-11934 | Bachus & Schanker, LLC |
| 13885 | Green, Melissa | 2:19-cv-12415 | Bachus & Schanker, LLC |

| 14085 | Hyman, Barbara | 2:19-cv-13236 | Bachus & Schanker, LLC |
| --- | --- | --- | --- |
| 14311 | McGuire, Glenda | 2:19-cv-13639 | Bachus & Schanker, LLC |
| 14443 | Jellison, Phyllis | 2:18-cv-12458 | Bachus & Schanker, LLC |
| 14458 | Murrin, Joanne | 2:19-cv-13564 | Bachus & Schanker, LLC |
| 14752 | Ollis, Valerie | 2:19-cv-13669 | Bachus & Schanker, LLC |
| 15616 | Ester, Crystal | 2:21-cv-00355 | Bachus & Schanker, LLC |
| 6643 | Walker, Joni | 2:17-cv-15106 | Brent Coon & Associates |
| 9316 | Batton, Lisa | 2:18-cv-04418 | Brent Coon & Associates |
| 5478 | Adams, Shirley | 2:17-cv-14250 | Brown & Crouppen |
| 5484 | Carter, Barbara | 2:17-cv-14309 | Brown & Crouppen |
| 8325 | Anderson, Sharon | 2:17-cv-14259 | Brown & Crouppen |
| 11057 | DuBenn, Judith | 2:18-cv-11495 | Brown & Crouppen |
| 11064 | Crenshaw, Mary | 2:18-cv-11567 | Brown & Crouppen |
| 1713 | Knox, Tameshia | 2:17-cv-06284 | Bruno & Bruno, LLP |
| 1719 | Schachner, Paula | 2:17-cv-06353 | Bruno & Bruno, LLP |
| 8395 | Allen, Glenda | 2:17-cv-14678 | Davis & Crump P.C. |
| 13588 | Franklin, Maxine | 2:19-cv-01947 | Davis & Crump, P.C. |
| 10109 | Peterson, Guyann | 2:17-cv-15930 | Fernelius Simon PLLC |
| 4617 | Ezzell, Lisa | 2:17-cv-11579 | Gibbs Law Group LLP |
| 5014 | Bales, Billie | 2:17-cv-12459 | Gibbs Law Group LLP |
| 5032 | Hiestand, Jo Ann | 2:17-cv-12402 | Gibbs Law Group LLP |
| 8249 | Stengel, Donni | 2:18-cv-01149 | Gibbs Law Group LLP |
| 9951 | Sivels, Gertrude | 2:18-cv-08450 | Gibbs Law Group LLP |
| 14194 | Hawks, Julieta | 2:19-cv-13840 | Goza & Honnold, LLC |
| 5298 | Downs, Mary | 2:17-cv-16585 | Jones Ward PLC |
| 13462 | Peek, Geraldine | 2:19-cv-11230 | Justinian & Associates PLLC |
| 2061 | Krull, Mary | 2:17-cv-06155 | KAGAN LEGAL GROUP |
| 4123 | Curtis, Sandie | 2:17-cv-06941 | KAGAN LEGAL GROUP |
| 4215 | Bock, Grace | 2:17-cv-08587 | KAGAN LEGAL GROUP |
| 4323 | Lee, Martha | 2:17-cv-06125 | KAGAN LEGAL GROUP |
| 9573 | White, Barbara | 2:18-cv-04198 | KAGAN LEGAL GROUP |
| 9961 | Foy, Patricia | 2:18-cv-06589 | KAGAN LEGAL GROUP |
| 3491 | Barajas, Judy | 2:17-cv-09326 | Lowe Law Group |
| 6316 | Cosby, Brenda | 2:17-cv-13760 | Lowe Law Group |
| 13623 | Ford, Dorothea | 2:19-cv-11935 | MacArthur, Heder and Metler |
| 8059 | Lee, Geraldine | 2:17-cv-16603 | McSweeney / Langevin LLC |
| 8756 | Shorley, Barbara | 2:19-cv-04472 | Napoli Shkolnik, PLLC |
| 1461 | Tummins, Sheila | 2:17-cv-01767 | Niemeyer, Grebel & Kruse |
| 3244 | Blankenship, Pamela | 2:17-cv-08854 | Niemeyer, Grebel & Kruse |
| 3264 | Risch, Eleanor | 2:17-cv-08946 | Niemeyer, Grebel & Kruse |

| 3317 | Bagley, Ladrida | 2:17-cv-08852 | Niemeyer, Grebel & Kruse |
|---|---|---|---|
| 3322 | Champ, Lue | 2:17-cv-09074 | Niemeyer, Grebel & Kruse |
| 3541 | January, Ivy | 2:17-cv-09668 | Niemeyer, Grebel & Kruse |
| 3842 | Story, Sandra | 2:17-cv-09999 | Niemeyer, Grebel & Kruse |
| 4096 | Muhammad, Deborah | 2:17-cv-10910 | Niemeyer, Grebel & Kruse |
| 4202 | Mackey, Glenda | 2:17-cv-11612 | Niemeyer, Grebel & Kruse |
| 4640 | Hardeman-Boyd, Pamela | 2:17-cv-13323 | Niemeyer, Grebel & Kruse |
| 5315 | Dugger, Rhonda | 2:17-cv-13339 | Niemeyer, Grebel & Kruse |
| 6385 | Williams-Douglas, Veda | 2:17-cv-14918 | Niemeyer, Grebel & Kruse |
| 6764 | Simpson, Norma | 2:17-cv-16985 | Niemeyer, Grebel & Kruse |
| 7296 | Lewis, Debra | 2:17-cv-15292 | Niemeyer, Grebel & Kruse |
| 10260 | Fritsch, Rosalie | 2:18-cv-09100 | Niemeyer, Grebel & Kruse |
| 10430 | Farrior, Eloise | 2:18-cv-09149 | Niemeyer, Grebel & Kruse |
| 11237 | Cornell, Elise | 2:18-cv-09351 | Niemeyer, Grebel & Kruse |
| 14616 | Robinson, Shanna | 2:19-cv-14620 | Niemeyer, Grebel & Kruse |
| 14663 | Allen, Deborah | 2:19-cv-14597 | Niemeyer, Grebel & Kruse |
| 14672 | Smith, Flora | 2:19-cv-14618 | Niemeyer, Grebel & Kruse |
| 1547 | Collier, Gloria | 2:17-cv-06007 | Pendley, Baudin & Coffin, L.L.P. |
| 1965 | Haghani, Mahtab | 2:17-cv-06975 | Pendley, Baudin & Coffin, L.L.P. |
| 2367 | Hynds, Judy | 2:17-cv-08802 | Pendley, Baudin & Coffin, L.L.P. |
| 10220 | DeCelles, Emilie | 2:18-cv-09299 | Pendley, Baudin & Coffin, L.L.P. |
| 6615 | Collins, Denease | 2:17-cv-15125 | Pulaski Law Firm, PLLC |
| 8584 | Snell, Rose | 2:17-cv-16063 | Pulaski Law Firm, PLLC |
| 1210 | Hays, Patsy | 2:16-cv-17540 | Reich and Binstock, LLP |
| 12586 | Wolinsky, Barbara | 2:19-cv-01419 | Saunders & Walker P.A. |
| 15199 | Clark, Sharon | 2:20-cv-00656 | Saunders & Walker, P.A. |
| 8193 | Harris, Valerie | 2:17-cv-13459 | Schmidt National Law Group |
| 6914 | Cortez, Rosie | 2:17-cv-16774 | Shaw Cowart, L.L.P. |
| 3123 | Malone, Michele | 2:17-cv-10978 | Shaw Cowart, LLP |
| 3898 | Morris, Lugertha | 2:17-cv-12732 | Shaw Cowart, LLP |
| 5745 | Gregory, Rebecca | 2:17-cv-13266 | Shaw Cowart, LLP |
| 6851 | Jacobson, Rose | 2:17-cv-16360 | Shaw Cowart, LLP |
| 6902 | Woods, Margaret | 2:17-cv-16511 | Shaw Cowart, LLP |
| 1337 | Johnson, Dian | 2:16-cv-17576 | WHITFIELD BRYSON & MASON LLP |
| 3413 | Jones, Sharon | 2:17-cv-09073 | Whitfield Bryson & Mason LLP |
| 4147 | Robison, Janelle | 2:17-cv-13723 | Zoll & Kranz, LLC |
| 8035 | Ndour, Stella | 2:17-cv-13915 | Zoll & Kranz, LLC |
| 1301 | Tidmore, Barbara | 2:16-cv-17052 | Bachus & Schanker, LLC |

| | | | |
|---|---|---|---|
| 1771 | Lyon, Charlene | 2:16-cv-16749 | Bachus & Schanker, LLC |
| 2337 | Kennedy, Cynthia | 2:16-cv-17196 | Bachus & Schanker, LLC |
| 2338 | Lashley, Rebecca | 2:16-cv-17936 | Bachus & Schanker, LLC |
| 2476 | Shoemaker, Mattie | 2:16-cv-17066 | Bachus & Schanker, LLC |
| 2804 | Hill, Cathy | 2:18-cv-01217 | Bachus & Schanker, LLC |
| 3000 | Mellott, Nancy | 2:18-cv-02473 | Bachus & Schanker, LLC |
| 5952 | Harris, Debra | 2:17-cv-12251 | Bachus & Schanker, LLC |
| 6117 | Mayford, Dawn | 2:17-cv-16289 | Bachus & Schanker, LLC |
| 6184 | Spensley, Doris | 2:17-cv-16732 | Bachus & Schanker, LLC |
| 6214 | Aldridge, Adele | 2:17-cv-17973 | Bachus & Schanker, LLC |
| 9271 | Mathis, Jennifer | 2:18-cv-05417 | Bachus & Schanker, LLC |
| 12106 | Evans, Maxine | 2:18-cv-08505 | Bachus & Schanker, LLC |
| 12968 | Patrick, Deborah | 2:18-cv-12284 | Bachus & Schanker, LLC |
| 13532 | Bell, Edith | 2:19-cv-07553 | Bachus & Schanker, LLC |
| 13884 | Garcia, Jeannette | 2:19-cv-12778 | Bachus & Schanker, LLC |
| 14117 | Williams, Patrice | 2:19-cv-13466 | Bachus & Schanker, LLC |
| 1927 | Guillory, Norma | 2:16-cv-17417 | Lowe Law Group |
| 4265 | Wolfram, Stephanie | 2:17-cv-10920 | Lowe Law Group |
| 4406 | Bates, Ronnie | 2:17-cv-11284 | Lowe Law Group |
| 9455 | Loosen, Mari | 2:18-cv-04900 | Lowe Law Group |
| 10695 | Jones, Kathleen | 2:18-cv-08436 | Lowe Law Group |
| 13970 | Haynes, Beverly | 2:19-cv-12328 | MacArthur, Heder and Metler |
| 13725 | Bryson, Marcia | 2:19-cv-11343 | MacArthur, Heder, and Metler |

# ATTACHMENT 4

| MDL ID # | Name | Docket | Counsel |
|---|---|---|---|
| 2216 | Stringer, Joann (Robert) | 2:17-cv-04630 | Allan Berger and Associates |
| 14992 | DEBORAH, THOMSEN | 2:19-cv-14453 | Bruera Law Firm, PLLC |
| 7368 | Morales, Sandra (Pete) | 2:17-cv-15058 | Whitfield Bryson & Mason LLP |
| 8801 | FRANCIS, KATHERINE | 2:18-cv-04848 | O'Mara Law Group |
| 13508 | BEVERLY, MAHURON | 2:19-cv-10891 | O'Mara Law Group |
| 14521 | Gaines, Gertrude | 2:19-cv-13843 | Pulaski Law Firm |
| 15407 | Quisenberry (Johnson), Sandra (April) | 2:20-cv-02929 | MacArthur, Heder and Metler |
| 2148 | Jordan, Patti (Jeffrey) | 2:17-cv-07653 | Bachus & Schanker, LLC |
| 1746 | Carter, Kitty (Eric) | 2:17-cv-00047 | Bachus & Schanker, LLC |
| 2122 | Ates (Garland), Devoria (Ramona) | 2:17-cv-02930 | Bachus & Schanker, LLC |
| 2833 | Deloach, Patricia (Adrian) | 2:17-cv-08340 | Bachus & Schanker, LLC |
| 4396 | Gaither, Bobbie (Shanique) | 2:18-cv-10838 | Bachus & Schanker, LLC |
| 6005 | Liggins, Mercury (Dontrey) | 2:17-cv-15975 | Bachus & Schanker, LLC |
| 9277 | Sedlock (Macek), Vivian (Kelly) | 2:18-cv-05423 | Bachus & Schanker, LLC |
| 9282 | Collins (Grady), Cheryl (Marcus) | 2:18-cv-05696 | Bachus & Schanker, LLC |
| 11330 | Berry, Rita (Christopher) | 2:18-cv-09804 | Lowe Law Group |
| 13195 | Bean, Bridget (Timothy) | 2:19-cv-02514 | Lowe Law Group |
| 2379 | McCosh, Carolyn (Joseph) | 2:17-cv-02731 | Bachus & Schanker, LLC |
| 5974 | Benninger (Turner), Cinda (Michael) | 2:17-cv-15781 | Bachus & Schanker, LLC |
| 6283 | Lincoln, Donna (Jermaine) | 2:17-cv-18005 | Bachus & Schanker, LLC |
| 7654 | Vinson (Davis), Clara (Geoffrey) | 2:18-cv-01615 | Bachus & Schanker, LLC |
| 9439 | Henderson (Shipp), Joe (Brandy) | 2:18-cv-00641 | Bachus & Schanker, LLC |
| 5938 | Sapp, Patricia (Randall) | 2:17-cv-11818 | Bachus and Schanker |
| 6517 | Eggleston (Edwards), Alinda (Tariya) | 2:17-cv-14122 | Brent Coon & Associates |
| 6651 | Palser, Linda (Scott) | 2:17-cv-15240 | Brent Coon & Associates |
| 6650 | Hosey (Livesley), Peggy (Boyd) | 2:17-cv-15094 | Brent Coon & Associates |
| 4842 | Crank (Allen), Janet (John) | 2:17-cv-14325 | Brown & Crouppen |
| 1712 | Henderson (Willis), Pat (Bambi) | 2:17-cv-06257 | Bruno & Bruno, LLP |
| 8283 | George, Jane (Charles) | 2:17-cv-15590 | Finson Law Firm |
| 4522 | Hill, Beverly (Harry) | 2:17-cv-13686 | Hilliard Martinez Gonzales LLP |
| 3706 | Logan (Muniz), Norma (Jose) | 2:17-cv-09729 | Lowe Law Group |
| 5304 | Fauntleroy (Massey), Pamela (Derius) | 2:17-cv-12679 | Lowe Law Group |
| 5836 | Mauk (Ericks), Stefanie (Denise) | 2:17-cv-13431 | Lowe Law Group |
| 14735 | Sullivan (Mackenzie), Carlene (Sherry) | 2:19-cv-14719 | Martinez & McGuire PLLC |
| 6692 | Collier, Pamela (Dennis) | 2:17-cv-14008 | McSweeney / Langevin LLC |
| 2749 | Horton (Robeson), Cynthia (Karen) | 2:17-cv-09702 | Niemeyer, Grebel & Kruse |
| 7268 | Kesterson, Toni (Raymond) | 2:17-cv-12710 | Wendt Law Firm, P.C. |
| 7271 | Conley (Leosewski), Sandra (Dana) | 2:17-cv-13418 | Wendt Law Firm, P.C. |
| 7587 | Cordova (Lucas), Patricia (Elisa) | 2:17-cv-12655 | Wendt Law Firm, P.C. |

| | | | |
|---|---|---|---|
| 2082 | Allemand (Himel), Patricia (Linda) | 2:17-cv-07264 | WHITFIELD BRYSON & MASON LLP |
| 6521 | Dickinson (Brandley), Sharon (Wendy) | 2:17-cv-14261 | Shaw Cowart, LLP |
| 6098 | Cisco (Henshaw), Ami (Todd) | 2:17-cv-16594 | Pulaski Law Firm |
| 15131 | Foushee, Karla (James) | 2:19-cv-13836 | Pulaski Law Firm |
| 12696 | Reeves (Smith), Deborah (Kinyana) | 2:18-cv-13203 | Pulaski Law Firm |
| 8563 | Guilkey (Magley), Jennifer (Beverly) | 2:17-cv-15327 | Pulaski Law Firm, PLLC |
| 8757 | Bowie, Barbara (Charles) | 2:17-cv-15025 | Pulaski Law Firm, PLLC |
| 5767 | Jackson, Melva (Jerrie) | 2:17-cv-13705 | Niemeyer, Grebel & Kruse |
| 6274 | Brown (Brown Gray), Joreletta (Evelyn) | 2:17-cv-13545 | Niemeyer, Grebel & Kruse |
| 4105 | Fiske, Deborah (Roy) | 2:17-cv-10305 | Niemeyer, Grebel & Kruse |
| 4407 | Lingen, Valerie (Jeffrey) | 2:17-cv-12527 | Niemeyer, Grebel & Kruse |

2